IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA SHELEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-cv-686-MJR-SCW ) |
| DENNIS FERLONG, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

REAGAN, Chief Judge:

In June 2016, Plaintiff Joshua Sheley filed this lawsuit under 42 U.S.C. § 1983 alleging that Defendant Dennis Ferlong was deliberately indifferent in his treatment of Plaintiff's cavities (Doc. 7). The case comes before the Court on Defendant Ferlong's motion for summary judgment due to Plaintiff's failure to exhaust administrative remedies filed November 16, 2016, with supporting memorandum (Docs. 33, 34). Plaintiff filed a response opposing Defendant's motion (Doc. 44). United States Magistrate Judge Stephen C. Williams held an evidentiary hearing on the motion on March 10, 2017.

On April 10, 2017, pursuant to 28 U.S.C. 636(b), Magistrate Judge Williams submitted a detailed Report to the undersigned District Judge. The Report recommends that the undersigned Judge deny Defendant Ferlong's motion for summary judgment (Doc. 52). The Report clearly states that any objections to Judge Williams' findings and recommendations must be filed "on or before April 27, 2017" (Doc. 52, p. 15).

1

No objections were filed by that deadline, nor did either party move for additional time to file objections. So this Court need not conduct de novo review. *See* **28 U.S.C. 636(b)(1)("A judge of the court shall make a de novo determination of those portions of the report or specified findings or recommendations to which objection is made."); Fed. Rule Civ. P. 72(b)(3)("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions").**

Accordingly, the undersigned District Judge **ADOPTS** in its entirety Judge Williams' Report and Recommendation (Doc. 52) and **DENIES** Defendant Ferlong's motion (Doc. 33).

**IT IS SO ORDERED**.

DATED: May 16, 2017

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**